IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERTON GEORGE YAHN,

    Petitioner,                    No. 2:12-cv-1746 EFB P

    vs.

AUDREY KING,

    Respondent.                <u>ORDER</u>

                          /

Petitioner is a civil detainee without counsel seeking a writ of habeas corpus pursuant 28 U.S.C. § 2241.

Petitioner challenges the legality of his confinement in the Coalinga State Hospital, located in Fresno County, and so this action should have been commenced in the district court in Fresno.  E.D. Cal. Local Rule 120(d).

Accordingly, it is hereby ordered that:

1. This action is transferred to the district court in Fresno.  *See* E.D. Cal. Local Rule 120(f).

2. The Clerk of Court shall assign a new case number.

////

////

1

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: October 9, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2